WATKINS v. DETROIT UNITED RAILWAY.

SERVICE OF PROCESS — CONSTITUTIONAL LAW — STATUTES — STREET RAILWAYS.

This case involving a construction of Act No. 208, Pub. Acts 1901, and the constitutionality of Act No. 225, Pub. Acts 1901, follows the case of *Halladay* v. *Railway*, ante, 436, presenting the same questions.

Certiorari to Washtenaw; Kinne, J. Submitted January 21, 1909. (Docket No. 134.) Decided February 2, 1909.

Case by William H. Watkins, administrator of the estate of George E. Howard, deceased, against the Detroit United Railway and the Detroit, Jackson & Chicago Railway for the negligent killing of plaintiff's intestate. There was an order denying a motion to quash, and defendant Detroit United Railway brings certiorari. Affirmed.

*Brennan, Donnelly & Van De Mark*, for appellant.

*De Vere Hall*, for appellee.

PER CURIAM. This case is ruled by the opinion in *Halladay* v. *Railway*, ante, 436.